IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN R. MATTSON,

        Plaintiff,        CIV. S-05-0238-FCD-PAN-PS

    v.

ROY R. LEVIN,        ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On March 10, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied.  Plaintiff filed objections on March 15, 2005.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed March 10, 2005, are adopted in full; and

    2.  Plaintiff's application to proceed in forma pauperis is denied.

DATED: April 20, 2005.

                                      /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL JR.
                                      United States District Judge